# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**EDWARD V. WATKINS and CAROLIE WATKINS,**

    Plaintiffs-Appellants,

**v.**                                                              **No. 28,757**

**FEDERAL HOME LIFE INSURANCE COMPANY and NEW MEXICO EDUCATORS CREDIT UNION,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**John A. Dean, District Judge**

David Mario Chavez
Farmington, NM

for Appellants

Finch & Olson PA
Jennifer Olson
Farmington, NM

for Appellee Federal Home Life Insurance Company

Lewis and Roca LLP
R. Thomas Dawe
Albuquerque, NM

for Appellee Educators Federal Credit Union of N.M.

# MEMORANDUM OPINION

**SUTIN, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**


_____

**JONATHAN B. SUTIN, Chief Judge**


**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**


_____

**TIMOTHY L. GARCIA, Judge**